IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00684-WYD-KMT

ILI E. BARTOK-BENNETT,

    Plaintiff,

v.

LITTON LOAN SERVICING; and
ARONOWITZ & MECKLENBURG, LLP,

    Defendants.

## ORDER

THIS MATTER is before me pursuant to a stipulation and agreement by both parties. Having reviewed the parties pleadings, and being fully advised in the premises, it is

ORDERED that this matter is hereby **DISMISSED WITHOUT PREJUDICE.**  This matter is now closed, each party to bear their own costs and expenses.

Dated this 8th day of June, 2010.

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE